# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE VARGAS, et al., <br> Plaintiffs, <br> vs. <br> UNITED STATES OF AMERICA, <br> Defendant. | CASE NO. 15cv2130-LAB (MDD) <br> **ORDER APPOINTING GUARDIAN** |

The Court must "take whatever measures it deems proper to protect an incompetent person during litigation." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 805 (9th Cir. 1986); Fed. R. Civ. P. 17(c). "Although the court has broad discretion and need not appoint a guardian ad litem if it determines the person is or can be otherwise adequately protected, it is under a legal obligation to consider whether the person is adequately protected." *Id.* The Court finds it's appropriate to appoint a guardian ad litem to protect minor plaintiff Jesus Vargas. The Court appoints James Calvin Smith guardian ad litem for his grandson Jesus Vargas for the purpose of pursuing this action on Jesus Vargas' behalf.

**IT IS SO ORDERED**.

DATED: March 16, 2017

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge